Chester BOWLES, Administrator, Office of Price Administration, v. AMERICAN PACKING & PROVISION COMPANY.

No. 2963.

Circuit Court of Appeals, Tenth Circuit.

Nov. 16, 1944.

David London, Chief, Appellate Branch, Office of Price Administration, of Wash-

ington, D. C., and Max D. Melville, Regional Litigation Atty., Office of Price Administration, of Denver, Colo., for appellant.

Howell, Stine & Olmstead, of Ogden, Utah, for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Judgment reversed and cause remanded, with instructions to substitute Chester Bowles, Administrator, Office of Price Administration, as party plaintiff.